FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

17 AUG 22 PM 2:58

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY

ALYCE NEVINS,

            Plaintiff,

-vs-                                                              Case No. A-17-CA-475-SS

UNITED STATES OF AMERICA and UNITED
STATES POSTAL SERVICES,
            Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the Complaint remains pending before the Court without proof of service of process upon or response by defendants, and further noting that service of the complaint and summons shall be made upon a defendant within 90 days after the filing of the complaint (Fed. R. Civ. P. 4(m)), the Court enters the following order:

IT IS ORDERED that on or before **August 30, 2017** plaintiff shall file proof of service with the Clerk of this Court. Failure to so respond will result in the dismissal of the entire cause for failure of plaintiff to prosecute or to comply, pursuant to Fed. R. Civ. P. 41(b).

SIGNED this the 22nd day of August 2017.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE