UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALYCE NEVINS § | |
| § | C.A. NO. 17-475 |
| VS. § | |
| § | |
| UNITED STATES POSTAL SERVICE § | |
| AND UNITED STATES OF AMERICA § | |

RULE 41(A)(1) NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ALYCE NEVINS, in the above-styled and captioned matter and files this her Rule 41 (A)(1) Notice of Dismissal and in support would show as follows:

1. Plaintiff filed this action on or about May 17, 2017.

2. No Defendant hereto has made an appearance/filed an answer at this time.

3. Plaintiff desires to dismiss her lawsuit at this time while she pursues administrative claim remedies.

4. Plaintiff intends to dismiss without prejudice if and only if the administrative claims process does not successfully resolve this matter and litigation should become necessary.

5. As no Defendant has appeared and answered in this lawsuit, Plaintiff files this her Notice of Dismissal without Prejudice, which requires no order.

6. Plaintiff requests that this Honorable Court take Notice of Plaintiff's Rule 41 (A)(1) Notice of Dismissal Without Prejudice.

Respectfully submitted,

**CARRIGAN, MCCLOSKEY & ROBERSON, L.P.**

By: /s/ Mark Carrigan
     Mark Carrigan
     Federal Bar No. 4999
     State Bar No. 03875200
     945 Heights Blvd.
     Houston, Texas 77009
     713-868-5581- Telephone
     713-868-1275 - Facsimile
     mcarrrigan@cmrllp.com
     ATTORNEY FOR PLAINTIFF