FILED

2017 SEP -1  PM 4: 45

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ALYCE NEVINS,
          Plaintiff,

-vs-

UNITED STATES OF AMERICA,
UNITED STATES POSTAL SERVICE,
          Defendants.

CAUSE NO.:
A-17-CA-00475-SS

## ORDER

BE IT REMEMBERED on this day there was presented to the Court the Notice of Dismissal [#8] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Dismissal [#8] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the ___1st___ day of September 2017.

                         Sam Sparks
                       UNITED STATES DISTRICT JUDGE